| | |
|---|---|
| **United States District Court**<br><br>**The Southern District of New York**<br><br>Remedy Requested:<br><br>$177,800,000.00<br><br>**JURY DEMANDED**<br><br>Eric Wall<br>108 Fawnhill Rd.<br>Upper Saddle River, NJ, 07458<br>EricDavidWall@gmail.com<br>(201)800-3973 | **COMPLAINT**        8/15/2019<br><br># 19 cv 7871 |

Dear People of the United States Federal District Court of New York,

My name is Eric Wall, and I am writing this letter to you as a last resort, for myself.

I am a thirty-three year old male, born and raised in northern New Jersey in an upper-middle class environment.  Growing up, I was someone who enjoyed exploring the outdoors, interacting with nature, playing with animals, practicing art, and learning to play sports.  I found love in about everything around me. My childhood was one that I consider very privileged compared to the childhood of most other people less fortunate.

However, my life took a drastic turn especially in recent years.  I have lost my ability to enjoy everything I believe I loved during my childhood, as well as everything I believe I have enjoyed throughout adulthood.  I have lost my focus in my personal life, and I have lost my ability to concentrate as I was once able at work, and I struggle to connect with friends and people in the people (that I generally loved doing), because something has been tearing at my ability to focus on the things any person in a free environment should enjoy.  I have become overwhelmed and defeated by my fears that our country, due to its current leadership is being steered to impending and inevitable doom.

I was taught growing up that everyone has a voice, and it is more important to listen than to assert one's own opinions, out of respect for the development of human relationships, sharing knowledge, and basic survival by utilizing symbiotic skill sets that each individual possesses from within – and differently from one person to the next. I learned later that these principles are fundamental to the working operation and existence of democracy.  As we, people of The United States of America, breathe under the blessings of a democratic republic, it has become alarming and seemingly fatal, that our republic is

1

failing its basic and constitutionally implied duties to preserve our democracy here. I have held onto these fears, which feel become more intense and exacerbated on a daily basis, since around October of 2017.

At first I believed that I was just sensitive to national and global issues, because I have travelled the world somewhat, and always look for ways to improve the lives of others around me. The feelings of hypersensitivity to a hard to place sense of impending doom, started to impact me on a much deeper level while I was in my second year of law school, especially while taking Constitutional Law at New York Law School in Tribeca, New York, New York. I ignored that sense within me because I figured I was only experiencing the normal stresses of law school, which as you know, are immense. I ended up failing my Constitutional Law class and getting dismissed from law school, which broke my heart, especially as Constitutional Law has always been my favorite topic. The United States Constitution to me is as important to the United States as a bible is to a religion, especially as our constitution protects the human right to practice religion peacefully. It was my fault that I could not express my preparation for my Constitutional Law class during my exam. I however, in the last few years, have experienced the complete opposite of inner and outer peace, due to what I understand as a constriction of air I constantly feel each time I am reminded that our rights and freedoms, including the freedom to express ourselves openly, and the freedom to pursuit happiness, has been stonewalled. Each time that President Donald Trump uses misdirection as a tactic, blatantly lies to his constituents, and to The People, and undermines women, minority groups, and everyone that does not subscribe to his rhetoric, including members protected under Article One and Three of The US Constitution, I feel that our country's framework, as well as societal fabric, is being torn apart just as my innards are being ripped from within me. I am haunted by this man's use of tyrannical and threatening words, actions, and fear indefinitely for my present and future, as well as the same for others equally.

This may be in part due to how I was raised, as my father made sure that I learned to respect my elders, learn from anyone with experience, hold doors for women and everyone if possible, and as my brother is a homosexual that came out of the closet to my sister and I – when I was about 13 years old. When I was a young teenager, I made a pact that I would not allow people around me, especially as a young and talented athlete, to use homophobic slurs on the sports field or in school, without having to explain to me what they were really trying to express. I would not "resort to fisticuffs" so fast, as my grandparents encouraged me to learn first about any type of perceived enemy before taking any sort of drastic action, unless a bully or evil person poses a vital threat to those around me. This is a Talmudic principle that outlines the concept that, the most revered thing to do is to save a life, and the most horrid is to take a life. As we know that in real life, lives are lost every day, and the Talmud gives leeway for resorting to the worst act of

taking a life only in the event that the life-taker is saving people from a real and active threat from another person that is literally trying to kill people. I have felt that Donald Trump is literally trying to kill people, either quickly if those people pose a perceived threat to his quest for ultimate power, or slowly, if nothing else to persuade them to agree with him by use of bullying tactics.

I am single, not married nor dating, and remember wishing more than anything to have children of my own one day. However, this thought has become so incomprehensibly outrageous in my understanding of reality, because of the life I fear that my future children will be exposed to due to the intentional, wanton, and negligent acts of Donald Trump. I have included images of phone screen shots that depict specific examples of why I have become to fear for my life, the lives of those around me, and the future lives of my unborn children. I wish that I had the ability to date again and find the love of my life, but even the idea of love has become unfathomably overwhelming as I start to panic over the fear that if I fall in love, and wish to marry, have children, and raise a family, that harms created by Donald Trump are irreversible so long as he is able to spew his evil as the current leader of the free world. As I am not a person who sees any light, or good, in the truth of taking a life as necessary as it may seem, I have chose to write to you seeking your help.

The above outline of my fears, came to climax rearing their heads on several occasions recently, working backwards chronologically: On July 1st, 2019, two days before my birthday, I was dropping my date off in New York City at her apartment. Her name is Lauren Kittrell, a resident of New York City. We had spoken briefly about the driving conditions in New York City, and she had asked if I had ever been in a car accident. I responded that I had been in several accidents, including one that I believe nearly took my life when I was 18 years old. I advised her to always wear her seatbelt, and as my hands started trembling while I recapped the incident to her, I felt myself slip back into a panic that I hoped she would not notice because it became difficult to focus and my breathing strenuous. She wished me goodnight and I do not recall if I even responded gentlemanly to her. On my drive back to New Jersey, heading southbound on Amsterdam Avenue to avoid traffic, I saw a double parked car at the far side of a traffic light. I came to a full stop at the red light. I then proceeded into the intersection slowly, and looking over my shoulder to change lanes after the intersection (as I know it's illegal to change lanes while in an intersection), I was quickly approaching the double parked car at a speed of only about 20 miles per hour. However, I misjudged how close the vehicle was to the other side of the intersection, and while my head was turned to check my blind spot, I rear-ended that vehicle. It was midnight and I was in a 2019 Ford Explorer, and the force of my vehicle skidding into the parked car was enough to move the entire parked car forward, about two to three feet.

The whiplash in my neck was enough to jolt my head downward and forward at angle, as my head was turned left still, and upon whipping back after impact, I smacked the left temple of my head on the inner window frame. I called the police immediately, especially as no one was in the car that I hit, and even after the NYPD arrived to write a report, no one had returned to the vehicle I had hit within an hour. I did not think at the time that my accident was bad enough to call for an ambulance, but I was wrong in hindsight. I texted and called Lauren Kittrell after the police wrote their incident report, and asked to lay on her couch until my headache and adrenaline subsided. She gave me medicine for my headache and allowed me to rest for probably about an hour at her home, until I was well enough to drive back to my home around 2am.

The next morning, Monday, I reached out to my employer that I was not well enough to come to work due to the accident. I was laid up on my couch the entire day, with extreme sensitivity to light, a pounding headache, a bulge in my neck with radiating pain down to my fingers, and extreme nausea. I stumbled to the bathroom at least five times that Monday, July 2nd, and tried my best not to vomit. However, it was nearly impossible to stand on my two feet with normal balance, for about 7-8 full days. I went to an urgent care to get checked on Tuesday, July 2nd, and to follow up on a foot injury that was made a lot worse in the New York City accident, following a motorcycle crash in the afternoon of January 16th, 2019. I have included a USB thumb-drive that images and video of both accidents. While at The Doctor's Inn in Ramsey New Jersey on July 2nd, 2019, the physician ordered an EMT service and Ramsey Police to help me onto a stretcher to be seen immediately for concussion symptoms at Valley Hospital, in Park Ridge, NJ. The hospital discharged me after CT-scans were taken of my head, and questions were asked of me, but I do not remember anything of what was said that day.

Going back to my motorcycle accident on January 16th, 2019, it is a scary and difficult experience to admit to anyone, as a young man who has a managerial position at a risk management consulting firm, who is also relied on to be a pillar of strength for others. I had just returned from a "vacation" in Florida to visit my mother and family members for the holidays. I experienced on that trip what doctors would later confirm as a panic attack that changed my life forever. I literally thought I had a heart attack and was going to die on that vacation to Florida. Focusing on the motorcycle crash, the reason I took my motorcycle out that day in January, was because I could not go to work on that weekday because my head was a complete mess and I was living in constant fear. I could not possibly imagine at the time that I was going to survive my own sense of impending doom. I had sold my car about a week after returning from Florida, because I needed some type of financial backstop as I was without a doubt positive that I would have to flee, and help others flee, from some type of chemical, nuclear, or biological attack

during The United States Government shutdown.  It may sound extreme, but please remember that I was fourteen years old when my high school went into shutdown on September 11ᵗʰ, 2001.  After the first plane hit and it seemed that it was a fluke, and as a young athlete, I ran from my classroom following the lock-down period to the person I trusted most – my athletic director, Coach Joseph Auginello.  Upon arriving at his office, we watched the second plane fly into the South Tower, and my mother called me to tell me that my brother, studying at Colombia at the downtown campus, was not reachable by phone.  My mother picked my sister and me up from school, and upon driving home, we watched the towers bellowing smoke into the air from the hills of Rt. 17 in NJ, probably around the time that people trapped in the building had thrown themselves off of top story floors to permit themselves a less painful death.  Jeremy Glick went to my high school, and the most profound compliment I ever received was from Coach Auginello, that I, Eric Wall, was the most similar student-athlete to Jeremy that he could recall, when Jeremy attended my high school and "Aug" coached Mr. Glick.  I immediately felt a sense of duty confirmed that I am the type of person to protect all people around me, even sacrificing my life, if needed.  I also was reminded of my own name, Eric, Wall.  I took pride in my name from an early age, recognizing the resemblance of "eric" in America.  I used to joke with my friends that I would name my kids "Brick" or "Stone" as my last name is "Wall."  Wall usually stands as a symbol of strength and a place that protects people. As of recent, my last name, "Wall," is a term thrown around by Donald Trump, used to instill fear, panic, terror, and harm upon not only immigrants, but to the American citizens who object to the idea of ripping children from families who come here to seek asylum from more dangerous living conditions where they once lived. Every time I hear America, I am disgraced with a sadness so far out of my control, I cannot sleep at night – literally.

Every time I hear about a wall on the US southern border, I am reminded of my Jewish relatives and members of the community that lived through, or perished, in the darkest times of World History when The US and allied forces liberated Europe and the World.  I am reminded of my mother's story coming to the United States, when after WWII, as a little girl living in Hungary under the Iron Curtain, my grandfather, Andrew Szalay, a humble Catholic man, devised a strategy to place my mother, her sister one year elder, and my grandmother, on different modes of transportation to escape Hungary into Austria.  Friends of my grandfather cautiously watched the Russian guards changing so that family of four of mine, could run through the fencing into Austria, to come to The United States with nothing but the clothing on their backs, literally.  My grandfather further pursued his pharmaceutical studies in the United States and eventually pioneered a formula for the synthetic absorption of multi-vitamins and nutrients, patented by his company he started here, called GROW Company.  Ironically, why is it that people enjoy the costly freedoms that The United States provides, I ask myself frequently… I can only

answer, for their truest chance to grow. This is what The United States, its good people, and our constitution provides. A leader under Article II of The United States Constitution that constricts the air that any living being needs to breathe, seek truth, and grow, with freedom, justice, and the ability to pursuit happiness, is to me as dark as the force that convinces people in a struggling nation during the 1930s to commit warring and social atrocities, which embarrass the meaning of being a man, being alive, but only provides the worst lessons about human nature that are extremely difficult to digest.

To provide relief from the pain that these fears cause me, and hopefully to remedy any anxiety I may cause you by reading this, I revert back to my understanding of the two religions I have studied most: The Christian faith, and The Jewish Faith (among others.) I adorn the lessons I have deduced from all walks of Christianity in that I believe that Jesus Christ is, if nothing else than my one man ability to understand a character that written about most beautifully, by example. In that, I strive to hopefully one day be written about in a fashion that resembles at least one of the lessons learned from such writings. Through Judaism, the Talmud being a framework and the Jewish Bible that encourages question asking, which lays the framework for common law today... for example, thou shall not... and all of the examples that follow. These are the only two basic fundamental teachings that keep me alive inside while I fear for my life and for the lives of everyone around me, every day, as I pray not that we are falling under a tyrannical regime, which masks basic truth, lies to people, and openly harms people.

The above fears I outlined sent me into a panic in December of 2018 and throughout the current day. In January, I was too embarrassed of my state and too afraid to take another Uber ride to where I needed to go, likely out of fear of being judged. I decided to take my motorcycle, a praised possession that I loved dearly, for a ride only two miles from my house and back after picking up Gatorade and cigarettes from my local gas station. I have since been quitting smoking cigarettes, as I have been giving myself a final chance at preserving my own life. On my ride back from the gas station, I was in a parking lot near the gas station on Spear St. in Ramsey, NJ. The parking lot is "tight" as I know well that cars have to park back to back across from one another, with little room to back up without hitting another parked car, a car driving past, or a pedestrian. While travelling at around 10-12 miles per hour, I started angling my bike into a right turn, and did not see a manhole cover that once I rode over, my back tire gracefully slipped across sideways and the bike dragged me down, almost as if a gust of wind had decided to lay my bike and I down, my head and helmet bounced off the ground, and my body dragged for about 20 feet on the pavement with my lower half pinned beneath. In this very moment, I am so distracted by the events that have taken place, I have left my 8 month old puppy outside without feeding him dinner yet, for about two hours – and my hands are trembling while I

write you. I also saw an optometrist in Spring Valley, NY, February 1st, 2019, to confirm my vision was well enough at the time. I still had perfect vision, and images are included.

After I went down on the motorcycle, I went to the same Doctor's Inn in Ramsey, NJ, where the same physician saw me, and pointed out to me that the pain in my foot was not only on the outside where ligaments had been severely hyper extended and possibly torn, but he informed me that I had skinned the Achilles heal on my right foot, and it looked like a bone was out of place.  I did not even feel the bone in the back of my foot, because the outside right part of my foot hurt so much, and I was busy trying to figure out why my head was in such a fog still from what seemed like a "typical" Government shutdown.

I later came to my senses that the shutdown was not typical, and should not be typical in our country, as we all rely on one another for the services we provide to one another, and, through the Commerce Clause, that our constitution clearly addresses this real interdependency, no different than our ancestral bipeds that worked together to survive the caves in which we may have once lived. I received X-rays that confirmed my broken foot, was advised to rest and heal, and had the bike towed to my home.  I could not obtain personal injury insurance coverage through my insurance company, because it is not mandatory under NJ state law, as motorcycles are not defined as "motor vehicles" as motor vehicles are defined as having four wheels, or in some cases, three wheels.  I paid out of pocket for my medical expenses and later discovered that I also had a broken bone in my right big toe, which after being X-rayed, was treated and it still causes tremendous throbbing pain to this moment.  I was on crutches for weeks, and since have been unable to tend to my yard as I normally do, and cannot play sports, nor run or jog as I once could, nor walk up a stadium's staircase, or even spend much time socializing and dancing, which I used to love doing in my every day life.  Throughout my recovery just in January, I was stuck watching TV and would always come across a news story where traffic was jammed, car accidents took lives, the Department of Transportation could not tend to its normal duties, food recalls could not be addressed by the FDA, and about nine (9) federal department's websites indicated a loss of functionality due to the shutdown. Even turning away from the news of the shutdown, I could not imagine what it was like for the people likely less fortunate than me, who could not pay their bills to keep the lights on, pay rent, or feed their families.  This to me, was extortion at the expense of the American people, where lives suffered, people died (or were killed), due to gross negligence, wanton lack of decision making, and failure to provide the basic duties entrusted in our country's leadership.  I cried, a lot, each week for about a month as the stress became too much to bare.  Between June and July 10th, I cried to myself almost every day as soon as I came home from work, as working in the risk management industry depends on my ability to first identify risk, then figure out how to address risk, and in advance of damage or loss to people and property, find and recommend solutions

to protect against such losses and damage to people and property.  It felt though, that I and my fellow Americans, were not more than property, left out in the elements to suffer whatever fate may bring, as a sense of care for the lives, wellbeing, and safety of all of us, was dwindling to nonexistence.

One area that I have become proficient in managing through my field of work, is an area that is difficult stomach, as it addresses remedies against the possibility of people being kidnapped for ransom, inclusive of other brutal things enacted onto people.  I could not deter my attention away from how Americans, and international travelers, were being held against their will, for what seemed like ransom – to either build, rebuild, or not build, a wall. Every time I hear about a rape allegation brought against Trump, it reminds me of a friend that was raped and killed in New York City and in honor of her memory, family, and close friends; I will not share details of the incident. I will never forget how I felt the day of her funeral, and the time since. The stress compiled, my anxiety was more alive inside me than the sound of my own breathing, and my own walls constantly caving in. I began to think I was constantly under attack from people and places I could not even understand. I've been failing inside. I've wanted to die.

A few things kept me going, though.  First, was a memory of my grandparents' struggles coming to The United States and comparing my struggle to what I gather they endured. Second, was the feeling of being so weak in comparison to the men and women who defend our country, every day, and throughout US history, I had to be stronger (especially as I wished to become a Navy SEAL straight from high school, and my grandfather George Wall served in the US Navy.) Third, is my love for my family and their strong, but gentle ways in teaching me how to become the best man possible, and I could not hurt them with my choice to selfishly end my life – taking from their lives. Fourth, was a memory from my trip to Florida even during my panicked state, where I had purchased several gift cards with cash to provide my family members, and I had dropped the bag of cards in the Florida parking lot.  I did not realize until I returned 5-6 hours later that day, the cards I had purchased, with several dollar bills from my change inside the Lowes bag had been returned in full and undisturbed, from the parking lot to the cashier at Lowes. I immediately asked how I could find the person that performed such an act, which I was not privy to for personal privacy protective reasons.  I immediately made a donation to the charity that Lowes was supporting, which unfortunately due to my recent concussion, I cannot remember now. Last, I resolved to show gratitude, whereby I purchased 20 pizza pies for the TSA workers of US Homeland Security at Newark airport, and two 6-foot submarine sandwiches, which I coordinated with NJ State Police, Airport security, and a man named Jesus Docasal of USHS TSA at Newark Airport.  It was the least that I could do following the act I experienced at Lowes

in Florida, and the very minimum in comparison to what I wish I could afford to do to show my heartfelt gratitude to everyone who cares about our safety, here at home.

Prior to my motorcycle accident, I agreed to drive with my brother, Randy Koetzner, down to Florida to visit our family there. We drove together because he had two dogs at the time, and could not fly. As we drove through NJ, PA, MD, DE, VA, NC, SC, GA, and FL, we had some light and interesting conversation, some of which involved political topics. However, my brother was not fully aware of the severity of the anxiety I was experiencing, and probably realized that I was not acting as myself throughout the drive. I could tell that he was concerned at times when I was not driving, and I was trying to hide the panic I would feel while thinking about the pain and suffering that people were feeling, and that I was feeling, which was like being on a merry-go-round of shocking pain to my heart. We arrived safely to Florida. I was hospitalized in Florida during my vacation, because I thought I was having heart attack on December 25th, 2018, following a politically oriented conversation I was having with my family while visiting them. My sister first noticed that I was struggling to breathe properly, and I assured her I was fine even though I really thought I was going to die while reading outside on a beautiful day, in a lounge chair.

I was taken to the local urgent care, and all my vitals checked, blood and other fluid checked, and sent immediately to the University Hospital in Sarasota Florida for overnight observation with monitoring of my heart, EKG tests, and ultrasound performed. I was discharged the following day and my mother picked me up from the hospital. My father flew down to Florida to assist my recovery, as my mother arranged for me to stay in a hotel, because the stress of political conversation would have likely had further adverse affects onto my being. Prior to the hospital trip on December 25th, 2018, I had a harrowing call with my father, the only man I trust with my life, following a holiday celebration dinner with our immediate work team. It was a lovely dinner, but at the end of it, it felt like I was being stabbed in the trachea and I couldn't breathe, which was my first real panic attack. I called my father in hysterics that night, trying to describe over two hours to him what I was experiencing, while gasping for air and bawling aloud at home, and unaware of what I was experiencing in mid-December of 2018 just prior to the government shutdown taking effect.

For 5 months starting in 2017, I saw Dr. Alexandra Stone of Bedford, NY, undergoing testing for cognitive and emotional function and related conditions. I have been seeing a psychiatrist for over two years, who at first treated me for ADD related symptoms as I was having trouble focusing on answering exam questions in law school, starting in 2015. His name is Dr. Vinuela of Jersey City, NJ, where I've been prescribed a form of amphetamine, and thereafter in the present year, I have been prescribed anti-anxiety

medication by him, called Clonzepam. I was first prescribed anti-anxiety medication after I drove myself to AFC Urgent Care on separate occasions in 2019 in Airmont, NY, after experiencing what I understood as more panic attacks that felt like heart-attacks, during Donald Trump's State of The Union address and other speeches he made, which I could only stomach for about 20-30 minutes at a time.

I noticed that each time Trump is about to lie to the audience, he raises both of his hands simultaneously as if to condition the audience to his trustworthiness, he then lowers both hands, and when delivering his lie(s), he raises his right hand, speaks a lie, and turns to his right to check if he sold the lie, and then turns to his left to double check.  He then appears to clap for himself and at times nod in his own approval that his tricks still work over the audience. There are dozens of video reel that exemplify this behavior.  I used to train dogs for families in San Francisco, CA, and became an expert at learning the verbal and visual cues that indicate methods of communication.  Tones are imperative, and Trump seems to use a monotone to avoid giving away pitch alterations that would indicate a change in his psyche, when delivering his verbal filth.  As a man, I am embarrassed and afraid for young people to learn from his example as a human being, a leader, the President of The United States of America, and leader of the "free" world.

Recently, I have sought help from psychologists to address the likelihood that I have been suffering from post traumatic stress disorder.  Prior to my December, 2018 panic attacks, I used to play sports, hang out with friends, joke around with my work colleagues, and live a normal enough life.  In May of 2018, I had decided to join a baseball team to get out in the sun and do something I loved, to avoid the stresses of being dismissed from law school and fear of a failing United States.  During a practice, I was playing the shortstop position – as I always looked up to Derek Jeter, and was a high-level baseball player until I had a back injury that ended my baseball career in my senior year of high school.  In May of 2018, I dove for a ball that came by me, a play I have made catching the ball and sliding on my chest above the sand hundreds of times in my baseball days, catching my bodyweight with my non-glove arm, standing up, planting my feet, and throwing to the appropriate base. On May 25th, I dove for the ball, knocked it down with my glove, and in a very foggy state I seemed to have forgotten to protect my body as I was approaching the ground.  I landed on my left shoulder, which planted into the clay, and stuck into the clay due to my failure to brace my impact, which would allow my body sliding on the ground to then stand up and throw the ball.  While my left shoulder remained planted into the clay after my dive, my upper body momentum kept sliding in the direction that I dove.  I heard my left arm rip out of the left shoulder socket, something that sounded like a ribbed wood instrument being dragged against semi-solid substance.

I set my shoulder on the field with the help of a teammate, and drove to the hospital. I was told there was no break in my shoulder after receiving an X-ray, and rested for about a week. Over that week, I felt my arm dislocate about 10 times, and a friend by the name of Felicity Taylor spent time helping me recover, also witnessing my arm dislocate and me in excruciating pain. On around June 5th of 2018, I got a second opinion from Dr. Allen of the Hospital of Special Surgery in New York City. There was a clear break in my upper scapula, where the shoulder blade bone forms the shoulder socket support, and it had sheered off tissue and cartilage as the humeral head dislocated. He cleared his morning schedule and rushed me into surgery the following morning, to reconnect my arm after rebuilding my shoulder. I was in intense pain and recovery for the entire past year. I did not realize that the accidents I kept getting myself into, which I used to laugh at, or try at least to "shrug" off, were likely related to my cognition being completed consumed and distracted by the national events and my attempts to avoid the fear and panic I had been experiencing for probably over two years, to date.

Recently, I was unable to attend my sister's live art painting supporting Bernie Williams' annual charity event, Breathless All-Stars, in Ridgefield, Connecticut on July 12th, 2019. I also had planned for almost a year, going to Cooperstown, NY, with my family, to see the July 2019 Hall of Fame induction ceremony as we all love baseball and museums, and America's pastime of culture as it represents a shift in cultural diversity and freedom. Both cancellations were due to my inability to sit in the heat outdoors from my concussion on July 1st, 2019. I had to lay alone at home, completely depressed, instead. I have been told and asked why, by family, colleagues, and friends, why I have not been acting like myself. Instead of acknowledging the point with a clear, honest, and factual response, I would usually become agitated and very frustrated. I have been miserable to be around, and miserable company to myself. I also made a feeble attempt at taking my own life when I could not take any more pain, in late June of 2019, using a hot blade. Thankfully I stopped, and then punished myself by carving a symbol into my chest (like a mythological Phoenix), to act as a reminder to never try to kill myself, ever again but to rise from the ashes of by life's spent flames.

It's been a hit to my pride and my own sense of being able to survive, once realizing I could be a threat to my own survival, and wellbeing, due to the distraction I feel and have felt on a daily basis over the years. I have been unable to find my will to live happily, and my confidence destroyed, hope abandoned, and personal/dating life not functional. I have not been able to enjoy my regular activities, walk my puppy for more than 5 minutes or so outside, care for my yard, clean my house as usual, date, act like my social and friendly self through my agitation and exhaustion from panic, or even call those that I love to chat or ask for help due to my own self-embarrassment, for about 6 months now. I have been unable to perform my best at work, or while trying to get my facilities together

when showering, folding clothing, and while performing other regular activities.
Everything seems impossible.

The only thing I can relate to is being in the process of a "Tree-Stripper" machine,
whereby a giant tractor-like vehicle grabs the trunk of a tree, saws the trunk at the base,
and while grabbing the trunk at a higher point, then flips the entire tree, and drags the tree
through a blender of blades that strips the tree of all its branches, and then throws the
trunk into a bed to be carried away.  While my focus, vision, and memory have suffered
greatly since my recent concussion on July 1st, I hope that I can seek recovery through the
court system and one day fully forget about the trauma of the recent years to present, and
maybe one day be able to laugh again. I hope it's possible to shrug or laugh at how
absurd reality has become, in real life, today.  Recently, as of the past two weeks, I have
taken to Twitter to address my pain and anxiety with Donald Trump on his live account.
He does not respond, but, his demeanor seems to have changed, and as of yesterday, June
23rd, 2019, he chose to use the word "wall" several times to describe his great feat,
spelling the word wall, as "Wall." As of recently, following the active shooting attacks on
civilians and police, in Dayton Ohio, El Paso, Texas, and Philadelphia, PA, my fears that
hate speech has propagated into clear and present danger to all Americans, has come true.
I wish I was not as sensitive to these attacks, but wish most that I do not become
desensitized to underlying hate, wanton acts, and attempted murder, murder, and the like,
as I am a human being living with other human beings in this civilization. My heart is
breaking more for our country to this very moment, and I again feel panic living here.

Please see the images and video that you will be able to coordinate along the timeline
described in this letter.  I whole heartedly warn you that some images are graphic, and it
may cause a sense of sadness and pain, but I am somewhat dull to it at this point.  As an
outlet to survive my pain, I have written close to five thousand words of economic
recovery draft legislation, as well as two hundred questions I wish to ask Donald Trump,
which I am open to sharing with you out of respect to your courtroom and civil procedure
rules, if you wish.

Thank you for your time and consideration, I hope that this branch of this government is
still functional. My remaining faith is now only with you.

Sincerely,

Eric D. Wall

Eric Wall's Addendum to Claim:

Dear District Court of New York,

I am having trouble continuing to write and type well enough. I would like to submit the Motion for Permission for Electronic Case Filing going forward, if you approve, however, I am **NOT** an attorney and I have not taken the PACER or Other Classes yet as your application describes. Please see the below note, in case my application for electronic submission of documents is denied, and of course if you accept this case to bring in front of your court, in the first place.

Below is a description of what I believe is also pertinent to your understanding, as respects the damages and injuries I've been suffering from, and to this exact moment I am experiencing.

Thank you.

      A. Other claims and damages from physical and psychological injuries:

Fear of attack to the electrical grid and water supply during the shutdown. From Florida trip to my return to NJ, I couldn't drive with my brother Randy, had to be assisted by my father and take a flight to NJ: Panic during the flight back to NJ & argument with BW at Newark Airport. I was falling apart and ashamed.

I. Physical:

Due to my injuries, I was left unable to exercise. I put on 14 lbs of excess weight between June 2018 and Feb 2019. I then started dieting and lost 10 lbs in the last five months. The net effect left me with losing about 8 pounds of muscle and my energy is at minimum levels. For a prior fitness lover and athlete, this is the equivalent to losing several years of hard-earned physical fitness and puts undue stress and shame on my wellbeing. It's devastating.

Concussion with PTSD all symptoms... speech impairment, missing appointments, hard to maintain schedule, nauseous, physically imbalanced, difficulty showering and dressing, hands tremble, can't type, blurred vision full time, painful eyesight in light, no concentration, emotionally imbalanced, ED, loss of desire, I even wondered if I was a woman inside because of the level of my mood swings, as if it were hormonally related, which is not isolated for only women apparently. Confusion.

All of this had lead me to isolate myself and I was struck with loneliness.
With injuries, my HD rentals last days longer as projects take 10x longer.
Used to be an excellent chef - Debbi Brendel.

I suffered from adverse reactions to medications, such as pain killers following a 2004 spine surgery. Since having a partial disc removal from the L5/S1 spinal cord, and having a severe

reaction vomiting and worse for more than a week, being on several types of medications and pain killers, I now do not accept prescriptions for those types of medications because of the harm caused, even if needed following my injuries - as today, those medications just make me sick and have tunnel vision, where I can't sleep and I still feel the pain.

My ability to see was severely disrupted following my concussion.

II. Psychological and Emotional:

My dream of working for the fire department service is destroyed. As well as any hopes of pursuing my pilot's license or learning how to scuba dive. I had an MMA training shot I had to pass up. I can't shoot. K9 Conservation dream over. I could barely drive. Please see the related images on the USB thumb-drive that show the emails between the local detective for notarizing my application, and me.

I am impacted in the simplest of day to day activities. I can't shave properly without my hands trembling or having shooting nerve pain and a muscular reaction. Neurologist appointment pain detailed.

I now cannot swim or go to the gym - signed up for LifeTime Fitness Membership in Montvale, NJ, to start swimming lightly again to regain physical fitness, however, after the motorcycle crash on January 16th, I could not even swim or attend the new member introduction, paid dues, and the management at Lifetime Fitness was very accommodating after I submitted doctor's notes from the Foot and Ankle Center of New Jersey to help refund part of my membership dues. It feels, however, that I am paying life dues with all of my injuries compounding on top of one another.

I can't garden and have lost 20 out of my 40 special plant species, as the timing and physical demands are too hard. Sunlight is my favorite, and now it just causes migraines and partial blindness. I can't be in the heat or bright light at all.

I've been servicing the pool and can't continue, now the foundation is cracking with no water inside and the weight of the ground putting pressure on the walls.

I've always loved fishing and teaching the activity. Now, I have not been able to enjoy this for over two years.

I can't take a dance class or music lessons.

I cannot travel. I am stuck at home and unable to go to the beach or enjoy summer, becoming depressed.

III. Monetary:

I have additionally been hurt financially. My credit was hurt by outstanding balances from medical bills. My student loan principal is rising with $500 payments, which very fortunately for me, my employer helps to contribute towards the principal balance. Due to my injuries, cognitive state, and anxiety related to driving. I had no choice but to pay for and take Uber rides to doctors' appointments, etc.

Donations and support to sustain my enjoyment of supporting good causes: throughout my experience, I have been trying to maintain my sense of generosity and purpose in life, by helping support St. Jude Children's Research Hospital, UNICEF, Doctors without Borders, Wounded Warrior Foundation, 4Ocean, Sanctuary for Families, Jewish National Fund, and others.  The only way I could maintain a sense of positive self has been through believing that I am helping others in some way, and it has worked well enough to keep me grounded in my purpose.

Due to both my physical and psychological state, I have been forced to cancel multiple flights and trips. The most recent of which was a trip I had planned to Israel in February of this year.

All of my Groupon receipts that I couldn't use, including flight lessons, airplane, and helicopter, golf, shooting range, etc. (see photos in Exhibit C - USB thumb drive.)

Recently, I had a "melt-down" when I learned that Trump was using racial slurs and degrading women in one of the political parties.  I was also at the time trying to let my dog outside, and fumbled my phone down a flight of steps, as the sun was bright and nearly blinding following my concussion, breaking the screen - that I still must replace as soon as I can afford it.

I had purchased biological supplies to start a mega-business research project, but I lost the cognitive ability and delicate touch to start said project, to be outlined for your understanding, and in more detail, later. The idea, concept, and value proposition can be understood as the following: Based on research and initial development of a product and service idea that could revolutionize our biological, waste disposal, recycling, and energy industries, all which tie together the importance of community and participation from every consumer that disposes of waste. This main purpose is to use biological processes that degrade waste, in different forms, to convert the trash in a "recycling ecosystem" by using different types of non-harmful bacteria and fungi in different closed environments, to produce bi-products like methane and ethanol during the decomposition phases, which could be harnessed and piped for energy use. Separately, I have designed ideas for mechanical turbines made out of lightweight alloys that

could be implemented at any place where constant moving water is flowing, to generate electrical energy through copper and nodes to be directed into our electrical grid or into backup generation power systems. I have been unable to finish my designs and drafts due to short focus, poor eyesight, and failing dexterity.

Missed major meetings at work that were planned well in advance. As I am the chair of an internal committee that gathers between 15-25 colleagues for a two-hour meeting each month, my ability to draft and send the meeting Agendas, and coordinate speakers for our colleagues at the meeting, as well as sound coherent in my discussions, has been failing, to say the least. I have had to write and explain to my colleagues and external work professionals that I am likely to stumble upon my words, as the words that I cognitively develop before speaking those words, come out in broken sentences when I speak.  This is due to some type of neurological disruption between my active processing and my oratory and presentation skills, which were for the last ten years, some of my strongest skill sets.

All  of my above experiences add up to what I have read about broken heart syndrome. A loss of loving life in general. I have always loved life and maintained a positive outlook. Now, there is no end of pain in sight and I have even caused harm to myself. Nothing enjoyable can even come to my mind after I see and try to understand the President's motive when harming others.

The effect of a hurting mind is bad enough. Further,  I have displayed evidence of having above "normal" abilities in my unique way of indicating major events prior to those events happening. Events such as earthquakes, hurricanes, sporting event plays and outcomes, and others.

**Hackensack**
**Meridian** *Health*
**Hackensack University**
**Medical Center**

P.O. Box 8505
Coral Springs, FL 33075

www.HackensackUMC.org/PayMyBill Tax ID No. 22-1487576

## Account Statement

| STATEMENT DATE | PAY THIS AMOUNT | DUE BY |
|---|---|---|
| 07/27/2018 | $1,965.30 | UPON RECEIPT |

| PATIENT/GUARANTOR NAME |
|---|
| ERIC WALL |

| ACCOUNT NUMBER | DATE OF SERVICE |
|---|---|
| 2003388515 | 05/30/2018-05/30/2018 |

| ATTENDING PHYSICIAN |
|---|
| TRAN, KARISA C |

| DIAGNOSIS | PROCEDURE |
|---|---|
| M25.512 | |

| FOR INFORMATION ON ACCOUNT PLEASE CALL: |
|---|
| 551-996-3355 |

STMT1 ▲ 0 0 1 3 0 7

Eric Wall
108 Fawnhill Rd
Upper Saddle River NJ 07458-1517

| DATE OF SERVICE | CPT CODE | DESCRIPTION OF SERVICE | TOTAL CHARGE(S) |
|---|---|---|---|
| 05/30/2018 | 73030 | X-RAY SHOULDER 2+ VW | $441.00 |
| 05/30/2018 | 96372 | INJECTION,THERAP/PROPH/DIAGNOST, IM OR SUBCUT | $249.00 |
| 05/30/2018 | 99283 | EMERGENCY DEPARTMENT VISIT MODERATE SEVERITY | $1,258.00 |
| 05/30/2018 | | PHARMACY | $2.76 |
| 05/30/2018 | J1885 | KETOROLAC TROMETHAMINE INJ | $14.54 |

| | |
|---|---|
| BILLED AMOUNT: | $1,965.30 |
| INSURANCE PYMNTS & ADJMTS: | $0.00 |
| DEDUCTIBLE: | $0.00 |
| CO-INSURANCE: | $0.00 |
| CO-PAY: | $0.00 |
| PATIENT PAYMENTS: | $0.00 |
| ACCOUNT BALANCE: | $1,965.30 |

**Pay your bill online at www.HackensackUMC.org/PayMyBill**
PLEASE DETACH AT PERFORATION AND RETURN WITH YOUR PAYMENT

Our office is located at 60 Second St., 4th Floor, Hackensack, NJ. **Our Office Summer hours are** M-TH 8:00AM-4:30PM and Fri 8:00AM-12:00PM. Please contact our Customer Service Department if you have any questions regarding your statement or if you would like to set up a payment plan at (551) 996-3355.

If you require financial assistance through the NJ Hospital Care Assistance Program, please access our website at www.hackensackumc.org and select the "For Patients" tab for information or you can call our Financial Assistance office at (551) 996-4343.

Please enter Account Number on all checks and correspondence. Detach and return the bottom portion of this statement with your remittance.

Please check box if your address is incorrect or if insurance information has changed. Please indicate change(s) on reverse side ☐

| When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. |
|---|

**PLEASE RETURN TO:** →

IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW AND RETURN

☐ VISA   ☐ MasterCard   ☐ DISCOVER   ☐ AMEX

Card #_____  CVV_____  Amt. $_____

Signature _____  Exp. Date _____

**YOU MAY RECEIVE SEPARATE BILLS FOR PHYSICIAN SERVICES SUCH AS RADIOLOGISTS, ANESTHESIOLOGISTS, CARDIOLOGISTS, ER PHYSICIANS, SURGEONS AND CONSULTING PHYSICIANS.**

**To Pay by phone, dial 551-996-3355 then option 1**

Account #: 2003388515   Status: O
Patient: ERIC WALL

| Balance: $1,965.30 |
|---|

HACKENSACK UNIVERSITY MEDICAL CENTER
P.O. BOX 48028
NEWARK NJ 07101-4828

OVER, PLEASE →

24144

## Your Medication List



**START**

**cyclobenzaprine** 10 MG tablet
Commonly known as: FLEXERIL
For: Muscle Spasm

Take 1 Tab (10 mg) by mouth 2 times daily as needed for Muscle Spasms for up to 5 days



**START**

**naproxen** 500 MG EC tablet
Commonly known as: EC NAPROSYN
For: pain

Take 1 Tab (500 mg) by mouth 2 times daily (with meals) for 14 days

# AFTER VISIT SUMMARY

HackensackUMC
Emergency Department

**Eric Wall**  MRN: 103360597        📅 5/30/2018   📍 HUMC Emergency Trauma Center 551-996-2300

## Instructions


**Your medications have changed today**
See your updated medication list for details.


**Read the attached information**
1. Shoulder Pain (General Information) (ENGLISH)
2. Ice Pack Application (AfterCare(R) Instructions(ER/ED)) (ENGLISH)
3. R.I.C.E. Treatment (AfterCare(R) Instructions(ER/ED)) (ENGLISH)
4. How to Use a Sling (General Information) (ENGLISH)


**Pick up these medications from any pharmacy with your printed prescription**
cyclobenzaprine • naproxen


**Follow up with ANABEL LUCANIE, MD in 1 week (around 6/6/2018)**
Specialty: Internal Medicine - General
Contact: 581 N FRANKLIN TPK
         Ramsey NJ 07445
         201-327-0500


**Follow up with HUMC Emergency Trauma Center**
Why: As needed
Specialty: Emergency Medicine
Contact: 30 Prospect Avenue
         Hackensack New Jersey 07601
         551-996-2300


**Follow up with JONATHAN SCHERL, MD**
Why: Orthopedist referral, call for an appointment in 1 - 2 weeks
Specialty: Orthopaedic Surgery - General
Contact: 113 ESSEX ST
         STE 201
         Maywood NJ 07607
         201-843-3737

## What's Next

You currently have no upcoming appointments scheduled.

## Today's Visit

You were seen by KARISA C TRAN, PA

**Reason for Visit**
Shoulder Pain

**Diagnosis**
Acute pain of left shoulder

 **Imaging Tests**
XR SHOULDER COMPLETE LEFT

**Your End of Visit Vitals**

 Blood Pressure
**141/95**

 Temperature
**98 °F**

 Pulse
**96**

 Respiration
**17**

Oxygen Saturation
**99%**

## MYCHART Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.humed.com/MyChart/**, click "Sign Up Now", and enter your personal activation code: **8MBP7-JQ6WF-53C2H**. Activation code expires 6/29/2018.

Attached Information                                          Shoulder Pain (General Information) (ENGLISH)

**Shoulder Pain**

**WHAT YOU NEED TO KNOW:**

**What do I need to know about shoulder pain?**  Shoulder pain is a common problem that can affect your daily activities. Pain can be caused by a problem within your shoulder, such as soreness of a tendon or bursa. A tendon is a cord of tough tissue that connects your muscles to your bones. The bursa is a fluid-filled sac that acts as a cushion between a bone and a tendon. Shoulder pain may also be caused by pain that spreads to your shoulder from another part of your body.



**What increases my risk for shoulder pain?**

- Repeated overhead activities, such as baseball, weight lifting, or swimming

- Medical conditions, such as rotator cuff disease, diabetes, or thyroid disorders

- A quick increase in the amount or intensity of exercises, or improper technique during exercise

- Muscle imbalance or weakness

- Trauma or a fall

- Age older than 60

**How is shoulder pain diagnosed?**  Your healthcare provider will ask about your pain, including how and when it started. Tell him or her if you have any weakness or if there was an injury. He or she will examine your shoulder and do tests to see how well you can move your shoulder. You may also need any of the following tests:

- **An x-ray, ultrasound, CT, or MRI**  may be needed to show the cause of your shoulder pain. You may be given contrast liquid to help the shoulder area show up better in the pictures. Tell the healthcare provider if you have ever had an allergic reaction to contrast liquid. Do not enter the MRI room with anything metal. Metal can cause serious injury. Tell the healthcare provider if you have any metal in or on your body.

- **An electromyography test** measures the electrical activity of your muscles at rest and with movement.

## How is shoulder pain treated?

- **Acetaminophen** decreases pain and fever. It is available without a doctor's order. Ask how much to take and how often to take it. Follow directions. Read the labels of all other medicines you are using to see if they also contain acetaminophen, or ask your doctor or pharmacist. Acetaminophen can cause liver damage if not taken correctly. Do not use more than 4 grams (4,000 milligrams) total of acetaminophen in one day.

- **NSAIDs** , such as ibuprofen, help decrease swelling, pain, and fever. This medicine is available with or without a doctor's order. NSAIDs can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, **always** ask your healthcare provider if NSAIDs are safe for you. Always read the medicine label and follow directions.

- **A steroid injection** may help decrease pain and swelling.

- **Surgery** may be needed for long-term pain and loss of function.

## How can I manage my symptoms?

- **Apply ice** on your shoulder for 20 to 30 minutes every 2 hours or as directed. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel before you apply it to your shoulder. Ice helps prevent tissue damage and decreases swelling and pain.

- **Apply heat if ice does not help your symptoms.** Apply heat on your shoulder for 20 to 30 minutes every 2 hours for as many days as directed. Heat helps decrease pain and muscle spasms.

- **Limit activities as directed.** Try to avoid repeated overhead movements.

- **Go to physical or occupational therapy as directed.** A physical therapist teaches you exercises to help improve movement and strength, and to decrease pain. An occupational therapist teaches you skills to help with your daily activities.

## How can I help prevent shoulder pain?

- **Maintain a good range of motion in your shoulder.** Ask your healthcare provider which exercises you should do on a regular basis after you have healed.

- **Stretch and strengthen your shoulder.** Use proper technique during exercises and sports.

## When should I seek immediate care?

- You have severe pain.

- You cannot move your arm or shoulder.

- You have numbness or tingling in your shoulder or arm.

## When should I contact my healthcare provider?

- Your pain gets worse or does not go away with treatment.

- You have trouble moving your arm or shoulder.

- You have questions or concerns about your condition or care.

**CARE AGREEMENT:**

You have the right to help plan your care. Learn about your health condition and how it may be treated. Discuss treatment options with your caregivers to decide what care you want to receive. You always have the right to refuse treatment. The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

 Attached Information    Ice Pack Application (AfterCare(R) Instructions(ER/ED)) (ENGLISH)

## Ice Pack Application

**WHAT YOU NEED TO KNOW:**

Ice can be used to decrease swelling and pain after an injury or surgery. Common injuries that may benefit from ice therapy are sprains, strains, and bruises. The use of ice is most effective in the first 1 to 3 days after an injury.

**DISCHARGE INSTRUCTIONS:**

**How to apply ice:**

- Fill a bag with crushed ice about half full. Remove the air from the bag before you close it. You can also use a bag of frozen vegetables.

- Wrap the ice pack in a cloth to protect your skin from frostbite or other injury.

- Put the ice over the injured area for 20 to 30 minutes or as long as directed.

- Check your skin after about 30 seconds for color changes or blistering. Remove the ice if you notice skin changes or you feel burning or numbness in the area.

- Throw the ice pack away after use.

- Apply ice to your injured area 4 times each day or as directed. Ask your healthcare provider how many days you should apply ice.

**Contact your healthcare provider if:**

- You see blisters, whitening of your skin, or a bluish color to your skin after using ice.

- You feel burning or numbness when using ice.

- You have questions about the use of ice packs.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

Attached Information          R.I.C.E. Treatment (AfterCare(R) Instructions(ER/ED)) (ENGLISH)

## R.I.C.E. Treatment

**WHAT YOU NEED TO KNOW:**

R.I.C.E. treatment is a 4-step process used to decrease swelling and pain caused by an injury. R.I.C.E. stands for rest, ice, compression, and elevation. R.I.C.E. should be done within 24 to 48 hours after an injury.



**DISCHARGE INSTRUCTIONS:**

**Return to the emergency department if:**

- Your pain is severe.

- You have severe swelling or deformity.

- You have numbness in the injured area.

**Contact your healthcare provider if:**

- Your pain and swelling does not go away after a few days.

- You have questions or concerns about your condition or care.

**How to use R.I.C.E. treatment:**

- **Rest** your injured area as directed. You may need to stop using, or keep weight off, the injury for 48 hours or longer. Your healthcare provider may recommend crutches or another device. Return to your usual activities as directed.

- **Apply ice** on your injured area for 15 to 20 minutes every 4 hours or as directed. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel. Ice helps prevent tissue damage and decreases swelling and pain.

- **Compress** , or keep pressure on, the injured area. Compression will help decrease swelling and support the injured area. Use an elastic bandage, air stirrup, splint, or sling as directed. If you use an elastic bandage to wrap your

injured area, make sure the bandage is not too tight.

- **Elevate** the injured area above the level of your heart as often as you can. This will help decrease swelling and pain. Prop the injured area on pillows or blankets to keep it elevated comfortably.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

 Attached Information

**How to Use a Sling**

**WHAT YOU NEED TO KNOW:**

**What is a sling?** A sling is a strong fabric loop that hangs from your neck to support your arm. Your arm, bent at the elbow, rests in the sling. Some slings have a strap that goes down your back to take the weight off your neck. This strap is connected to the elbow side of the sling. Your healthcare provider will help you decide which sling is best for you and where you can get one.

**Why do I need a sling?** You may need a sling because of an injury or surgery to your hand, wrist, arm, or shoulder. A sling helps prevent your hand, arm, and shoulder from moving so your injury can heal. A sling can also help if you have a heavy cast on your arm.

**How do I use the sling?** Your healthcare provider will teach you how to put on your sling. Follow the directions below to help you put on the sling at home:

- Gently bend your injured arm at the elbow and hold it in front of you, across your body. Your thumb should be pointing up.

- Put the strap of the sling around your neck. The strap usually has an adhesive fabric to make it easy for you to fasten the strap.

- Put your arm in the sling so your elbow is in the closed end of the sling. Your hand will be at the open end of the sling.

- Put the edge of the sling so it covers the first fold of the little finger.

- Wiggle your fingers as directed to prevent stiffness in your hand.

**CARE AGREEMENT:**

You have the right to help plan your care. Learn about your health condition and how it may be treated. Discuss treatment options with your caregivers to decide what care you want to receive. You always have the right to refuse treatment. The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

# Physician Affairs Statement

If you have been referred to a specialist today, please confirm that they accept your insurance before making an appointment.  If you need another referral, please contact our Physician Referral Service at 855-385-4325. Available 24 hours a day, 7 days a week.

## Special Instructions

Special instructions: IMPORTANT: We evaluated and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, comprehensive medical care. In most cases, you must have your doctor examine and evaluate you again. Inform your doctor about any new or persistent problems. We cannot identify and treat all injuries or illnesses in one Emergency Department visit.

Do the following:
Return to the emergency department immediately if your current symptoms worsen or you develop new symptoms. Otherwise follow up with your doctor as stated above. Please take your medicine as prescribed and bring your medication list to your next physician appointment.

You must follow the above instructions carefully. Take your medications as prescribed. Most importantly, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department.

Fact Sheet Provided

"I have received this information and my questions have been answered satisfactorily.  I have been given the opportunity to discuss these instructions with the nurse and physician.  I understand the written and discussed instructions."

## RADIOLOGY ASSOCIATES OF RIDGEWOOD, P.A.

**PATIENT BILL OF RIGHTS**:

Radiology Associates of Ridgewood, P.A. ("RAR") exists for the purpose of providing high quality care that meets or exceeds accepted standards of care. RAR believes that each patient is worthy of respect and understanding and has certain rights and responsibilities related to the care he/she receives.

**As a patient of RAR, I have the right to:**
- Be treated with dignity, courtesy and respect, including the right to independent personal decisions...
- Be fully informed upon request, prior to services being rendered, of all retail charges for services.
- Be communicated with in a way that is easily understandable.
- Refuse treatment and diagnostic tests (as permitted by law) and to be informed of the medical consequences of such refusal.
- Voice grievances about care which is or is not provided, recommend policy/service changes and make complaints without fear of reprisal or unreasonable interruption of care.
- Exercise civil and religious liberties, including the right to independent personal decisions.

**I also understand that I have a responsibility to:**
- Provide to the best of my knowledge accurate and complete information as it relates to the status of my health and care.
- Make it known whether or not I understand the care and diagnostic tests to be performed, and take an active role in my treatment by being informed and prepared.
- Verify with my insurance company whether RAR participates with my particular plan and program.
- Obtain precertification, preauthorization or other coverage verification from my health insurance company before services are rendered.

## RELEASE OF PATIENT RECORDS AND INFORMATION

In order to allow RAR and its physicians, employees, agents and representatives to obtain reimbursement, I authorize and consent to the disclosure of information or parts of my Medical Record (even if it includes diagnoses and treatment of AIDS, HIV infection or HIV related illness and treatment of alcohol abuse and/or drug abuse). These disclosures may be made during the course of my treatment and after treatment. Disclosure may be made to any person or corporation who may be liable to RAR or its physicians for all or part of their charges (i.e. myself, my spouse, hospital or medical service companies, my employer, HMO's, insurance companies, workers' compensation carriers, welfare fund or government agencies). **DISCLOSURES TO THE AFORE MENTIONED PARTY(S) WILL ONLY BE MADE IF THE PARTY(S) IS RESPONSIBLE FOR PAYMENT.** Disclosures may include, but are not limited to, my identity, diagnosis, prognosis and/or treatment or procedures performed and costs, charges and expenses incurred.

I authorize and consent to RAR and its representatives to appeal, on my behalf, any authorization or other coverage determination made by my HMO, insurance company or designated review agency, which results in a denial, termination or other limitation of covered health care services.

I authorize RAR and its representatives to discuss with and/or provide access to my medical records and information to any person or organization as is necessary to facilitate the provision of medical care, treatment or payment of these services.

## AGREEMENT TO PAY FOR SERVICES AND ASSIGNMENT OF REIMBURSEMENT BENEFITS

In consideration of the services rendered to me, I agree to be financially responsible for charges for all services received. I hereby assign insurance benefits directly to RAR which otherwise may be payable to me. I understand that my health insurance company or payer may require me or my doctor to obtain precertification or preauthorization for services performed by RAR. Although it is the policy of RAR, as a courtesy to its patients and referring physicians, to assist whenever possible in confirming and validating insurance coverage and preauthorization, I understand that it is my responsibility to secure such coverage and preauthorization. I further understand that failure to do so will result in these services being considered "non-covered", making me responsible for payment. I understand that delinquent accounts will be forwarded to a collection agency.

**We value the privacy of our patients and are committed to operating in a manner that promotes patient confidentiality while providing high quality patient care. If we have fallen short of this goal, we want you to notify us. It is our intent to use this feedback to better protect your rights to patient confidentiality and to improve the quality of patient care. Complaints, recommendations or grievances should be reported in writing to:**

Kathleen Vedilago
Practice Administrator
Radiology Associates of Ridgewood, P.A.
20 Franklin Turnpike
Waldwick, NJ  07463
201-445-8822  ext. 111
Fax: 201-857-1101
E-mail: kvedilago@ridgewoodradiology.com
www.ridgewoodradiology.com

☑ **I certify that I have read and fully understand the above information.**
☑ **I acknowledge that I was provided a copy of RAR's Notice of Privacy Practices.**
☑ **I certify that** _Aetna Open Access_ **is my primary insurance.**
                           Insurance name

_____          6/1/18
Patient signature (or legally authorized representative)          Date

Revised 12/14/16

**\* STAT STUDY/REPORT**

**Radiology Associates** of Ridgewood, P.A.

Philip A. Sombelia, M.D.  Elliot J. Lerner, M.D.      Lauren Levy, M.D.
Herbert Gerstein, M.D.     Ronald S. Arams, M.D.     Glenn Krinsky, M.D.
Louis E. Rambler, M.D.     Howard M. Soigeman, M.D.  Dawn Lazanas, M.D.
Jonathan Smith, M.D.       Jill Zimmerman, M.D.       Kyung-Hwa Rhee, M.D.
Edward Lubat, M.D.         Jaclyn Calem-Grunat, M.D. Karen J. Rybak, M.D.
                                                      Joseph Piatnick, M.D.

## PHYSICIAN'S DIAGNOSTIC REFERRAL FORM
Radiology Associates of Ridgewood, 20 Franklin Turnpike, Waldwick, NJ 07463
Phone: (201) 445-8822  Fax: (201) 447-5053   www.ridgewoodradiology.com

**PATIENT DATA**

Patient Name _____ **ERIC WALL** _____

Referring Physician __ **KAYAL, ROBERT** __ Appointment Date _____

Patient Phone Number _____ Appointment Time _____

Insurance Carrier_____ Policy #_____

Precertification #/Authorization_____

**HISTORY, INDICATIONS OR SPECIAL INSTRUCTIONS**

_____ **DISLOCATION/FX** _Bankart Lesion_ ___

_____

☐ MRI            ☐ With Contrast       ☒ CT SCAN      ☐ With Contrast
                 ☐ Without Contrast                   ☒ Without Contrast
Specify_____            Specify __ **RIGHT SHOULDER**

☐ ULTRASOUND                          ☐ CT ANGIOGRAM
Specify _____                ☐ Coronary
                                         ☐ Other_____
_____

☐ MAMMOGRAPHY with                    ☐ SPECIAL PROCEDURE
  BREAST ULTRASOUND                      Specify _____
  if indicated                          _____

☐ BONE DENSITOMETRY

☐ GENERAL RADIOLOGY AND FLUOROSCOPY
Specify _____

| |
☐ SEND COPIES OF REPORT TO: _____
_____

☒ IMAGE CD REQUESTED    ☐ PHONE REPORT REQUESTED

REFERRING PHYSICIAN'S SIGNATURE _____
                              (PLEASE SEE REVERSE SIDE)

CT Scan



**Answsorth Allen, MD**
~~Hospital for Special Surgery~~
**525 East 71st Street**
**Suite B1-022**
**New York NY 10021-4828**
**Tel: 212-606-1447**
**Fax:  212-772-1062**

Dear Eric D Wall  :

Dr. Allen has recommended a surgical procedure, which has been scheduled at The Hospital for Special Surgery on **06/06/2018**.  To  avoid unnecessary delay, we ask that you follow these instructions:

*Before surgery:*

1. Prior to surgery, you will <u>not</u> need to have Pre-admission testing done, since you have indicated that you are healthy and do not have any history of **pulmonary, cardiac or systemic illness, i.e. Asthma, Hypertension Sleep Apnea.**  If you have any questions, please call our office.

2. If you are taking aspirin or NSAID's (Advil, Ibuprofen, Aleve, Naprosyn-Naproxen or Aspirin for examples) please discontinue these medications 1 week before surgery.  You are permitted to take Tylenol.  You should also discontinue all vitamins and supplements.

3. **If you have outside x-rays or MRI films, make sure they are available at the time of your surgery.**  Please let us know if you have these films.

4. Your surgery may require items Dr. Allen considers to be necessary for recovery from your surgery.  We have ordered them from **Union City Biodynamics** Medical Products, who will arrange for delivery/fittings of these items to you on the day of surgery.  If you have any questions, please call **(212) 606-1906.**



   Cryo cuff
   Ice man Cryo Unit or Game Ready Cryo Rental
   Bledsoe Knee Brace
   Crutches
   Shoulder  Immobilizer
   Durasoft ice wrap
   Other _____

   **Bio Dynamics** will contact you prior to surgery.  Depending on your insurance coverage, there may be an additional fee for these items.

5. The time of surgery will not be known until the business day before the procedure Someone from The Hospital for Special Surgery ambulatory surgery department will usually call you between 2:00 pm and 9:00 pm the day before surgery, to give you last minute

Wall , Eric 2209226

instructions and to tell you what time you are to report.  If you have missed their call, you may call the nurse yourself after 5:00 pm at **212-606-1710.**

6. ***Your surgery will be done at The Hospital for Special Surgery in the Ambulatory Surgery Unit on the 9th floor***.  Upon arrival to the hospital, you will need to stop at **Patient Access** for registration located on the 1st floor.  The day of surgery, you can report to the hospital by yourself, however, a family member or friend **must** accompany you home.  If someone cannot be with you at the hospital the entire time, you may give the nursing staff their phone number and they will call them when you get to the recovery area to come pick you up.

7. If you need disability or supplemental insurance forms to be completed, please give these to us at your earliest convenience. Please note, it can take up to 2 weeks for this process to be completed.  If you need letters for work or school, please request prior to surgery.

*After surgery:*

1. Post-operatively, you will be scheduled for your first postop appointment, being approximately 10-14 days following your surgery.  Your first postop date will be **06/19/2018** at **11:45am** in our **Manhattan** office located at 525 E 71st Street, 1st floor.  Please call the office on the next business day following your surgery for instructions on physical therapy start dates.  (Start dates will depend on the type of surgery that you have. Many surgeries start physical therapy approximately 2 days after surgery.)

2. You should receive post-operative instructions in the recovery room following your surgery. E-prescriptions for medication will be sent directly to your pharmacy.  Please bring your pharmacy information with you on the day of surgery.  If you are missing any of these items, please call the office as soon as possible.

If you have any questions, please feel free to contact me at 212-606-1447.

Hector Alfonseca,
Surgical Coordinator
alfonsecah@hss.edu
Phone: (212) 606-1447

Wall , Eric 2209226

Page 2/2



WHERE THE
WORLD COMES
TO GET BACK
IN THE GAME

Patient Name: ~~Eric D Wall~~
Patient MRN: 2209226

### Patient-Provider Agreement for Short-Term Opioid Therapy

1. I Eric D Wall understand that after my upcoming surgery, and possibly during the period leading up to such surgery, I am likely to experience some pain and discomfort, and this may be treated with a short course of prescription opioid pain medication ("**Opioids**"). I understand that as I recover from surgery, my opioid use should decrease.

2. I agree that Dr. Answorth A Allen, MD and/or his/her designee ("**my Physician**") alone will prescribe opioids to me. That is, during the time leading up to my surgery and during a short-term period of recovery after my surgery, I will only obtain my prescriptions for opioids from my Physician. If an emergency situation necessitates an exception to the aforementioned agreements, I will inform my Physician immediately.

3. I will take my opioids only at the dose and frequency prescribed by my Physician. I agree not to increase the dose of opioids beyond what is recommended without first discussing it with my Physician.

4. I understand that my Physician does not typically refill opioids earlier than expected, even if lost, destroyed or stolen.

5. I will disclose to my Physician all of my opioid prescriptions and other prescription medications.

6. I agree to be responsible for the secure storage and disposal of my opioids.

7. I understand that sharing my opioids is illegal and I agree not to give or sell my prescribed opioids to any other person.

8. I understand that common side effects of opioid therapy include nausea, constipation, sweating and itchiness of the skin. Drowsiness may occur when starting opioid therapy and when increasing the dosage. I agree to refrain from driving a motor vehicle or operating dangerous machinery until such drowsiness disappears.

9. Using an opioid to treat pain may result in the development of a physical dependence on opioids and increased pain. As such, I understand that my Physician may require that I see an addiction medicine specialist should a concern arise about addiction.

10. I understand that I should avoid sudden decreases or discontinuation of opioids, as this may lead to symptoms of withdrawal.

11. The use of a mood-modifying substance, such as tranquilizers, sleeping pills, benzodiazepines (Xanax, Valium, etc.), can cause adverse effects and/or interfere



**HOSPITAL FOR SPECIAL SURGERY** | WHERE THE WORLD COMES TO GET BACK IN THE GAME

Patient Name:   Eric D Wall
Patient MRN:    2209226

with opioid therapy. Therefore, I agree not to use any of these substances without prior approval from my Physician, and will consult with my Physician or pharmacist before taking other medications, including over-the-counter and herbal products. Further, I understand that I should not mix opioids with alcohol and/or illicit drugs (e.g. cannabis, cocaine, heroin or hallucinogens).

12. I understand that in order to ensure my safety, my Physician may require urine, blood, saliva, or hair testing to monitor for both prescribed and non-prescribed substances.

13. I will attend all appointments, treatments and consultations as requested by my Physician. I agree to consider other pain management strategies as may be recommended by my Physician.

14. I consent to open communication between my Physician and any other health care professionals involved in my care, including pharmacists, other specialists, emergency medical personnel, etc.

15. By signing this Patient-Provider Agreement, I agree to comply with it. **I understand my Physician also agrees with the statements listed above and understand that if I break this Agreement, my Physician may (and reserves the right to) stop prescribing opioids for me and may ultimately terminate our Physician-patient relationship.**

16. **I understand that if I do not sign this Agreement, my insurance company may not authorize any opioids prescriptions.**

*Eric Wall*

Signature captured with Topaz by Wall,Eric D at 6/6/2018 8:21:29 AM

**Patient Name**

*EDWall*

Signature captured with Topaz by Wall,Eric D at 6/6/2018 8:21:02 AM

**Signature of Patient/Parent/Guardian**

**Date:** June 6, 2018

**HSS**

**Guarantor number:** 32282656
**Responsible party:** Eric D Wall
**Statement date:** July 29, 2018

Thank you for choosing Hospital for Special Surgery.
Prompt payment of your balance is appreciated.

## Account Summary

| | |
|---|---:|
| Total Charges | 426.00 |
| Insurance Payments/Adjs | 0.00 |
| Total Patient Adjustments | 41.02 |
| Your Payments | 0.00 |
| Your Current Balance | 467.02 |

**Amount due by
August 26, 2018**     **$467.02**

## Pay Your Bill Online

 **Your personal connection
to world-class care.**

The easiest way to view your statements, make
payments, request appointments, and more!
hss.edu/myhss

If you are not enrolled in MyHSS, you can also pay your
bill online by visiting
myhss.hss.edu/myhss/billing/questpay

## Pay by Mail

 Complete the form below and return in the enclosed
envelope.

## Pay by Phone

 Call 844-252-1772 Monday through Friday 9 AM
through 4 PM for inquiries or to make payment. You
can also e-mail us at billing@hss.edu

The Hospital for Special Surgery offers a Financial Assistance Program to patients who have limited or no insurance coverage
and who may experience difficulty in meeting their financial responsibility to the hospital. For further information, please call us at
(212) 606-1505 or visit us at hss.edu/financial-assistance.

---

Detach bottom portion to return with your payment

130016

 Hospital for Special Surgery
PO BOX 3475
TOLEDO, OHIO 43607-0475



| VISA | MasterCard | AMERICAN EXPRESS | DISCOVER |
|---|---|---|---|

CARDHOLDER NAME

| CARD # | | EXP DATE | CODE |
|---|---|---|---|

SIGNATURE

| STATEMENT DATE | BALANCE DUE | AMT. | ENCLOSED |
|---|---|---|---|
| July 29, 2018 | $467.02 | | |

GUAR. INFO Eric D Wall (Acct #32282656)


002471
0202

WALL,ERIC D
108 FAWNHILL RD
UPPER SADDLE RIVER, NJ 07458-1517

HOSPITAL FOR SPECIAL SURGERY
PO BOX 29174
NEW YORK, NY 10087-9174

29174000000003228265600000467021



**Guarantor number:** 32282656
**Responsible party:** Eric D Wall
**Statement date:** July 29, 2018

Acct #100181982144 Wall, Eric D
Outpatient
HSS Radiologists
Allen, Answorth A, MD

| | | | | |
|---|---|---|---|---|
| Jul 17, 2018 | RADIOLOGY - DIAGNOSTIC - GENERAL CLASSIFICATION | 426.00 | | |
| | AETNA Payments and Adjustments | | 0.00 | |
| | NYS SURCHARGE - Jul 27, 2018 | | 41.02 | |
| | Totals | 426.00 | 41.02 | $467.02 |
| | Patient Responsibility | | | $467.02 |

**Balance Due** | $467.02

| $467.02 | $0.00 | $0.00 |
|---|---|---|



002471
0102

140014

# Riverside
### MEDICAL GROUP
*Your Family's Complete Medical Home.*

PO Box 95000-7510
Philadelphia, PA 19195-7510
551-257-7030

☐ Please check the box if below address is incorrect
or if the insurance information has changed.
Indicate the change(s) on the reverse side.

\# 000000760          I=0000

760 1 AB 0.408
ERIC WALL
108 FAWNHILL RD
UPPER SADDLE RIVER NJ 07458-1517

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW. | | | |
|---|---|---|---|
| AMERICAN EXPRESS | NOVUS | MasterCard | VISA |

| CARD NUMBER | | AMOUNT | |
|---|---|---|---|
| SIGNATURE | SECURITY CODE | EXP. DATE | |

| ACCOUNT NUMBER | PAYMENT DUE DATE | STATEMENT DATE |
|---|---|---|
| 450037252 | 08/20/18 | 07/23/18 |

| PLEASE PAY THIS AMOUNT | AMOUNT PAID HERE |
|---|---|
| 5.00 | $ |

*Make checks payable to:Riverside Medical Group
Page 1 of 1

Riverside Medical Group
PO Box 95000-7510
Philadelphia, PA 19195-7510

0

Please detach and return top portion with your payment.

| Primary Insurance | Secondary Insurance |
|---|---|
| AETNA-AETNA HMO | No Effective Coverage On Account |

## Summary of Charges

| Date | Description | Provider | Charges | Credits | Balance |
|---|---|---|---|---|---|
| **Charges for WALL,ERIC in RIVERSIDE INTERNAL MEDICINE** | | | | | |
| 04/20/2018 | PREVENTIVE VISIT,EST,18-39 | Jessica Taubman, MD | 220.00 | | **5.00** |
| 04/30/2018 | Insurance Payment - AETNA | | | 148.25 | |
| 04/30/2018 | Insurance Adjustment - AETNA | | | 66.75 | |

For Online payments please visit www.Riversidemedgroup.com

Para pagar en línea por favor visite nuestra página www.Riversidemedgroup.com

**Questions about your bill? Call:** 551-257-7030 Monday - Friday 8:00am - 4:00pm EST





| | |
|---|---|
| **Account number:** | 32282656 |
| **Responsible party:** | Eric D Wall |
| **Statement date:** | 09/12/18 |

## HSS Radiologists

Thank you for allowing us to serve you. Your payment is due upon receipt of this statement.

This bill is for the professional interpretation of radiological services performed by HSS Radiologists. You may receive a separate bill from Hospital for Special Surgery for the technical portion.

## *Account Summary*

| | |
|---|---|
| **Your total balance** | **$50.00** |
| Minimum Amount Due by 10/10/18 | $50.00 |

*Pay Online with MyHSS*

 **Your personal connection to world-class care.**

The easiest way to view your statements, make payments, request appointments, and more!

Visit: www.hss.edu/myhss

Pay as guest: myhss.hss.edu/myhss/billing/guestpay

 **Pay by Phone or call with billing questions**
Call 866-689-8865
9am to 4pm Monday through Friday

**Pay by Mail**
Complete the form below and return in the enclosed envelope

For paperless billing log on to MyHSS, go to Billing Account Summary, and sign up.

*Keep this portion for your records* 130016

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Detach this portion and return with your payment*
Make checks payable to: *HSS Radiologists*

HSS Radiologists
PO BOX 5058
NEW YORK, NY 10087-5058



| o Visa   o MasterCard   o American Express   o Discover | | |
|---|---|---|
| CARDHOLDER NAME | | |
| CARD # | EXP DATE | CODE |
| SIGNATURE | | |

| AMOUNT DUE | DUE DATE | AMOUNT ENCLOSED |
|---|---|---|
| $50.00 | 10/10/18 | $ |

 Account ID# 32282656

000622
0202

ERIC D WALL
108 FAWNHILL RD
UPPER SADDLE RIVER, NJ 07458-1517

HSS RADIOLOGISTS
PO BOX 5058
NEW YORK, NY 10087-5058



**Account number:** 32282656
**Responsible party:** Eric D Wall
**Statement date:** 09/12/18

## Summary of Charges

| Date | Description | Charges | Credits | Balance |
|------|-------------|---------|---------|---------|
| Visit on 7/17/2018 with SCHNEIDER, ROBERT - Patient WALL,ERIC D | | | | |
| 07/17/2018 | X-RAY SHOULD | 50.00 | | 50.00 |
| 08/08/2018 | Insurance Payment - AETNA | | (0.00) | |

Mail Payment To:

HSS Radiologists
PO BOX 5058
NEW YORK,NY
10087-5058



000622
0102

The Hospital for Special Surgery offers a Financial Assistance Program to patients who have limited or no insurance coverage and who may experience difficulty in meeting their financial responsibility to the hospital. For further information, please call us at (212) 606-1505 or visit us at **www.hss.edu/financial-assistance.**

140014

0043

**Doctors Diagnostic Imaging**
PO Box 5758
Chattanooga TN 37406

COMPLETE AND RETURN IF PAYING BY CREDIT CARD.

MasterCard    VISA    DISCOVER

| CARD NUMBER | | SECURITY CODE |
| NAME ON CARD (PLEASE PRINT) | | EXP. DATE |
| SIGNATURE | | AMOUNT |

01262

| STATEMENT DATE | ACCOUNT # | AMOUNT DUE |
|---|---|---|
| 05/30/19 | 255492 | $457.00 |

Toll Free: (800) 475-6112

0150000025549200000457005

ERIC WALL   255492
108 Fawnhill Rd
Upper Saddle River NJ 07458-1517

01262

MAKE CHECK PAYABLE AND REMIT TO:
Doctors Diagnostic Imaging
PO Box 5758
Chattanooga TN 37406-0758

DETACH TOP PORTION AND RETURN WITH PAYMENT IN ENCLOSED ENVELOPE

| DATE | DESCRIPTION | CHARGES | PAYMENTS | ADJUSTMENTS | PATIENT BALANCE |
|---|---|---|---|---|---|
| 12/25/18 | 74177 - CT, ABD AND PEL; W/ CONTRAST MATERIAL(S) | $457.00 | | | $457.00 |
| | Location: (1) DOCTORS HOSPITAL OF SARASOTA | | | | |
| 02/21/19 | MERITAIN HEALTH | | | | |
| 02/25/19 | MERITAIN HEALTH | | | | |
| | PROCEDURE IS NOT COVERED BY YOUR | | | | |
| | INSURANCE. PLEASE REMIT PAYMENT. | | | | |
| 04/16/19 | MERITAIN HEALTH | | | | |
| 04/18/19 | MERITAIN HEALTH | | | | |
| | PROCEDURE IS NOT COVERED BY YOUR | | | | |
| | INSURANCE. PLEASE REMIT PAYMENT. | | | | |
| 05/10/19 | MERITAIN HEALTH | | | | |
| | PROCEDURE IS NOT COVERED BY YOUR | | | | |
| | INSURANCE. PLEASE REMIT PAYMENT. | | | | |
| 05/21/19 | MERITAIN HEALTH | | | | |
| 12/25/18 | 71275 - CTA CH C-/C+ POST-PXESSING | $397.00 | | | $397.00 * |

### *** You are responsible for payment in full within 20 days. ***

**IMPORTANT MESSAGES:**

Please verify your insurance information below to ensure everything is correct. Complete the back of this form and return it to our office if there are any discrepancies.

Estos son servicios proporcionados para usted. Si tiene alguna pregunta con respecto a esta declaracion, por favor llame a nuestra oficina al Toll Free: (800) 475-6112.



**Pay with a picture in seconds!**
Search Papaya Payments in the App Store
or go to www.ppaya.com/pay



| Account Information | | DUE NOW | Pay Online At: | | |
|---|---|---|---|---|---|
| Statement Date: | 05/30/2019 | CONTINUED | www.ePayitOnline.com | MasterCard VISA DISCOVER | |
| Account: | 255492 | | Code ID: MSN00001  Access#: 8679573-1-1328 | | SCAN FOR |
| Patient: | ERIC WALL | | Or Call (800) 475-6112 | | MOBILE |
| Total Balance: | $854.00 | | | | PAYMENT |
| * = Insurance Pending: | $397.00 | | | | |
| Patient Balance: | $457.00 | | | | |



To receive statements electronically go to www.ePayitOnline.com
Primary Insurance: -----48339 - Meritain Health
To Chat live with a representative or to update insurance please visit us at
www.msnllc.net

Doctors Diagnostic Imaging
PO Box 5758
Chattanooga TN 37406
(800) 475-6112

MSN00001-0888681-0000000-8679573-001-001328-#001417-0043

0033

**Doctors Diagnostic Imaging**
PO Box 5758
Chattanooga  TN  37406
Toll Free: (800) 475-6112

Statement Date:    05/30/2019
Account:           255492
Patient:           ERIC  WALL

01262

| DATE | DESCRIPTION | CHARGES | PAYMENTS | ADJUSTMENTS | PATIENT BALANCE |
|---|---|---|---|---|---|
| 04/26/19 | Location: (1) DOCTORS HOSPITAL OF SARASOTA<br>MERITAIN HEALTH<br>PROCEDURE IS NOT COVERED BY YOUR<br>INSURANCE. PLEASE REMIT PAYMENT. | | | | |
| 05/06/19 | MERITAIN HEALTH | | | | |

DMS-REMD-0033



**The Valley Hospital**
Valley Health System

223 NORTH VAN DIEN AVENUE
RIDGEWOOD, NJ 07450-2736
BUSINESS OFFICE: (201) 291-6080

Thank you for choosing The Valley Hospital for your care.

| ACCOUNT # V010143624 | DATE OF SERVICE 07/02/19 | STATEMENT DATE 07/28/19 |
|---|---|---|

| DATE | DETAILED ACCOUNT TRANSACTIONS | AMOUNT |
|---|---|---|

| **Insurance Activity** | **Amount** | **Your Activity** | **Amount** |
|---|---|---|---|
| Previous Insurance Balance | 0.00 | Previous Balance | 0.00 |
| Billed to Insurance | 0.00 | New charges | 3,291.00 |
| Paid by Insurance | 0.00 | Payments | 0.00 |
| Insurance Adjustments | 0.00 | Adjustments | 0.00 |
|  |  | Balance From Insurance | 0.00 |
|  |  | Patient Responsible Total | 3,291.00 |
| Balance to patient | 3,291.00 |  |  |



Visit **www.valleyhealth.com/billpay** to pay by credit/debit card using our secure online portal.

Please contact our Financial Counselors to discuss payment options and available financial assistance programs.  We accept all major credit cards for your convenience.  Please contact us at ( 201)291-6080.

  PLEASE PAY THIS AMOUNT

| 3,291.00 |
|---|

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**The Valley Hospital**
Valley Health System

223 NORTH VAN DIEN AVENUE
RIDGEWOOD, NJ 07450-2736

30607

Visit **WWW.VALLEYHEALTH.COM/BILLPAY** to pay by credit card

| ☐ MASTERCARD | ☐ DISCOVER | ☐ VISA | ☐ AMERICAN EXPRESS |
|---|---|---|---|

CARD NUMBER

SIGNATURE                                          EXP. DATE

| DATE OF SERVICE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 07/02/19 | 3,291.00 | V010143624 |

| PATIENT NAME | SHOW AMOUNT PAID HERE $ |
|---|---|
| Eric Wall |  |

652634N (PC2)

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**PAGE: 1 of 1**

30607*TJI0DNI1Q000372

005208
0101

ERIC WALL
108 FAWN HILL RD
UPPER SADDLE RIVER, NJ 07458-1517

THE VALLEY HOSPITAL
PO BOX 18998
NEWARK, NJ 07191-8998

V010143624  0000329100  5



stryker

Patient ID: 2209226
Patient Name: WALL, ERIC
Procedure Date: 06/06/2018





Page: 1





Facility:
Surgeon: A ALLEN

Procedure: LEFT SHOULDER ARTHROSCOPY

stryker

Patient ID: 2209226
Patient Name: WALL..ERIC
Procedure Date: 06/06/2018

Page: 2









Facility:
Surgeon: A ALLEN

Procedure: LEFT SHOULDER ARTHROSCOPY

**stryker**

Patient ID: 2209226
Patient Name: WALL..ERIC
Procedure Date: 06/06/2018





Page: 3





Facility:
Surgeon: A ALLEN

Procedure: LEFT SHOULDER ARTHROSCOPY

**stryker**

Patient ID: 2209226
Patient Name: WALL,ERIC
Procedure Date: 06/06/2018









Facility:
Surgeon: A ALLEN

Procedure: LEFT SHOULDER ARTHROSCOPY

stryker

Patient ID: 2209226
Patient Name: WALL,ERIC
Procedure Date: 06/06/2018

 

Page: 5

  

Facility:
Surgeon: A ALLEN

Procedure: LEFT SHOULDER ARTHROSCOPY

Express

ORIGIN ID:GMVA   (201) 800-3973
ERIC D WALL

108 FAWNHILL RD

SADDLE RIVER, NJ 07458
UNITED STATES US

SHIP DATE: 15AUG19
ACTWGT: 1.90 LB
CAD: 6991082/SSFO2002

BILL CREDIT CARD

RECEIVED
AUG 2 7 2019
PRO SE OFFICE

TO  ATTN: PRO SE INTAKE UNIT
US DIST COURT FOR SOUTHERN DIST NY
500 PEARL ST

NEW YORK NY 10007
(212) 805-0136        REF:

DEPT:



FedEx
Express

E

TRK#
0201  7891 5420 4214

FRI — 16 AUG 10:30A
PRIORITY OVERNIGHT

E3 PCTA

10007
NY—US   EWR





USM.PS
SDNY

Align bottom of peel-and-stick airbill or pouch here.